## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Santiago Rodriguez Preciado**

     v.                                          Case No. 26-cv-530-PB-TSM

**Christopher Brackett, Superintendent,**
**Strafford County Department of Corrections, et al.**

### ORDER

Santiago Rodriguez Preciado filed the instant petition for a writ of habeas corpus on June 25, 2026. Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Preciado's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a), based both on his apparent membership in the class certified in Guerrero Orellana v. Moniz and his similarity to the petitioner granted such relief on procedural due process grounds in Destino v. FCI Berlin. Doc. 3 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025) and 2025 DNH 149, 2025 WL 4010424 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Preciado meets the criteria for membership in the Guerrero Orellana class and would receive the same result as the petitioner in Destino were that case's reasoning applied here. See Doc. 6. While the government gestures to certain

arguments related to those authorities—which it remains free to invoke in future cases notwithstanding the result of this case—it has not substantively developed those arguments here and thus has not shown cause for Preciado's continued detention without a bond hearing.

Accordingly, because I agree with the Court's reasoning in <u>Destino</u>, the government is hereby ordered to afford Preciado a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Preciado's release during the pendency of his removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

<u>/s/ Paul J. Barbadoro</u>
Paul J. Barbadoro
United States District Judge

June 30, 2026

cc:   Counsel of Record

2