# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Santiago Rodriguez Preciado**

      v.                                                    Case No. 26-cv-530-PB-TSM

**Christopher Brackett, Superintendent,**
**Strafford County Department of Corrections, et al.**

## ORDER

After the government notified the Court that Santiago Rodriguez Preciado received the bond hearing he sought on July 9, 2026, <u>see</u> Doc. 8, I ordered Preciado to show cause within seven days why his petition should not be dismissed. Doc. 9. Preciado has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/  Paul Barbadoro
_____
Paul J. Barbadoro
United States District Judge

July 23, 2026

cc:    Counsel of Record